IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| QUA'SHAWN T. HARRIS,   )<br>   )<br>    Plaintiff,   )<br>   )<br>    v.   )<br>   )<br>RUSSELL COUNTY SHERIFF   )<br>DEPARTMENT, et al.,   )<br>   )<br>    Defendants.   )  | CIVIL ACTION NO.<br>3:24cv653-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who is incarcerated in the Russell County Jail, filed this lawsuit contending that a variety of conditions in the jail are unconstitutional.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to comply with a court order and failure to prosecute.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of January, 2025.

                                             /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE